IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. <u>CR-24-1311 MIS</u> |
| | ) | |
| vs. | ) | |
| | ) | |
| **ANAHI LOPEZ-ROCHIN,** | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MOTION TO RELEASING MATERIAL WITNESS</u>

Attorney Ramon Hernandez, of Ramon Hernandez Law, moved this Court to order the

United States Pretrial Services to return the material witness, Anahi Lopez-Rochin, to the

custody of the Department of Homeland Security. As grounds for this motion, the material

witness has refused to serve in this capacity. AUSA, Maria Ysabel Armijo has been contacted

and she did not respond.

THEREFORE, the United States Pretrial Services no longer needs to keep the material

witness in its custody.

Respectfully submitted,

Ramon Hernandez for
Anahi-Lopez Rochin

<u>*/s/ Electronically Filed 09/20/2024*</u>
Ramon Hernandez, Esq.
1127 E. Idaho Ave.
Las Cruces, NM 88001
(575) 523-0144 tel./fax

I HEREBY CERTIFY that I electronically filed
the foregoing with the Clerk of the Court using
the CM/ECF system which will send electronic
notification to defense counsel of record.

<u>*/s/Electronically File 09/20/2024*</u>
Ramon Hernandez, Esq.
Attorney for Anahi Lopez-Rochin